| Attorney or Party without Attorney:<br>BRIAN DANITZ ESQ., Bar #247403<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000  FAX No: 650-697-0577 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>BEAM FINANCIAL 3075 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: FREDERICK CHANG; ET AL
Defendant: BEAM FINANCIAL, INC.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:20-cv-07931-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet;; Order Setting Initial Case Management Conference And Adr Deadlines; Civil Standing Order For Magistrate Judge Joseph C. Spero; Standing Order Reguarding Covid-19 Procedures; Trial Exhibit 100; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information; Blank Notice Of A Lawsuit And Request To Waive Service Of A Summons; Notice Of Assignment Of Case To United States Magistrate Judge For Trial

3. a. Party served:    BEAM FINANCIAL, INC. c/o NATIONAL REGISTERED AGENTS, INC.
   b. Person served:   AMY McLAREN, AUTHORIZED TO ACCEPT

4. Address where the party was served:   1209 ORANGE STREET
                                          WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Nov. 16, 2020 (2) at: 2:52PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOHN A. GARBER
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

8. I declare under penalty of perjury under the laws    that the foregoing is true and correct.

   Date: Tue, Nov. 17, 2020                              (JOHN A. GARBER)

Judicial Council Form              PROOF OF SERVICE                                brdan.125622
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL