# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>ZOOM CIVIL MINUTE ORDER</u>

| **Case No.:** 20-cv-07931-JCS | **Case Name:** Chang v. Beam Financial, Inc. | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: February 26, 2021 | **Time:** 3 M |

**Attorney for Plaintiff:** Brian Danitz, Tyson Redenbarger
**Attorney for Defendant:** No Appearance

**Deputy Clerk:** Karen Hom                                  **Court Reporter:** Not Reported

## <u>ZOOM WEBINAR PROCEEDINGS</u>

1. Further Case Mgmt Conference - Held

## <u>ORDERED AFTER HEARING</u>

Updated case management statement due 4/9/2021.

**CASE CONTINUED TO:**   04/16/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
 [ ] Plaintiff         [ ] Defendant           [ ] Court